JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DORKOWSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNADINO et al.,<br><br>　　　　Defendants. | Case No. 5:22-cv-01901-SB-JPR<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order of dismissal entered this day, Plaintiff Robin Dorkowski's claims against Defendant San Bernadino County are DISMISSED with prejudice.

　　This is a Final Judgment.

Date: February 27, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge